UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:17-cr-194-T-17AEP

EARL ANTHONY CRAFT, JR.

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against the defendant with prejudice. Leave of Court is granted and the Indictment is dismissed against the defendant in the above-captioned case, with prejudice. The Clerk of Court is directed to close the case as to the defendant.

Dated: July 19th 2019

ELIZABETH A. KOVACHEVICH
United States District Judge

**ELIZABETH A. KOVACHEVICH**
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel
of record